
FILED
CLERK, U.S. DISTRICT COURT
APR 24 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 19 MJ 1602 |
| v. | |
| Anthony Javier Prieto | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __April 29__, __2019__, at __1:30__ ☐ a.m. / ☑ p.m. before the Honorable __EICK__, in Courtroom __750__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __4/24/19__

_____
U.S. District Judge/Magistrate Judge